CHARLES H. MITCHELL and Another, Respondents, v. GENEVA HINDS FOSTER, Appellant.— Judgment reversed, on the law and facts, with costs, and complaint dismissed, with costs. The court reverses findings of fact numbered XII and XXVIII, and findings of fact contained in the conclusion of law numbered II,

and all findings of fact incorporated in the conclusions of law. Rhodes, McNamee, Bliss and Heffernan, JJ., concur; Hill, P. J., dissents and votes to affirm.